IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **VICTORIA VAXTER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00365-O-BP |
| | § | |
| UPS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 14) and **DISMISSES** Plaintiff's claims against Defendant **with prejudice**. The Court also **DENIES as moot** Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 24), which she simultaneously filed with her objection on January 5, 2023.

**SO ORDERED** this **13th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] On January 5, 2023, Plaintiff filed a Notice of Appeal (ECF No. 23) which the Court construes as a timely objection to the Magistrate Judge's FCR.